IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN K. MacLELLAN,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No.  2:21-CV-0234-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Good cause appearing therefor, the order to show cause issued on March 9, 20201, ECF No. 4, is hereby discharged.

IT IS SO ORDERED.

Dated:  July 22, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1