UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DAWN K. MACLELLAN,<br><br>  Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:21-CV-00234-DMC<br><br>ORDER |

The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have a 46-day extension of time to respond to Plaintiff's Motion for Summary Judgment ("Motion") (Docket Number 18), extending the date on which Defendant's response is due from June 30, 2022, to August 15, 2022.

Defendant needs more time to respond to Plaintiff's Motion because the undersigned attorney currently has seven district court briefs due during the next three weeks, three of which are due during the week of Defendant's deadline to file the Opposition to Plaintiff's Motion in this case.

Due to the overall volume of work within the Commissioner's Region IX Office of General Counsel, neither the undersigned attorney nor another attorney in the Region IX Office

anticipate being able to review and respond to Plaintiff's Motion by the current due date. Current staffing limitations caused by planned and unplanned leave of multiple attorneys make immediate reassignment impractical. Accordingly, the Commissioner respectfully requests an extension of 45 days, until August 15, 2022, to respond to Plaintiff's Motion.

This request is made in good faith and is not intended to delay the proceedings in this matter.

Respectfully submitted,

DATE: June 27, 2022         */s/ Lawrence D. Rohlfing*
                            LAWRENCE D. ROHLFING
                            Attorney for Plaintiff
                            (as approved via email)

                            PHILLIP A. TALBERT
                            United States Attorney
                            PETER THOMPSON
                            Acting Regional Chief Counsel, Region IX
                            Social Security Administration

DATE: June 27, 2022    By   */s/ Elizabeth Landgraf*
                            ELIZABETH LANDGRAF
                            Special Assistant United States Attorney
                            Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including August 15, to respond to Plaintiff's Motion for Summary Judgment.

Dated:  July 7, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE